1:16-CR-158-4
Ditagi Greene

CASE NO. 1:16-CR-158-4

RECEIVED 8-17-20

AUG 25 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Good morning I ask my lawyer to file a motion for Reconsideration because I have new evidence and for a appeal. I never recieved any of his motions that he filed all he said was I was Denied and that he is no longer my lawyer I would like a new lawyer please I am not sure what I can Do I have a learning disabilitie I also ask him for all the motions he filed and medical records still nothing I am asking the Courts to Recondsider my Commpassionat Release or I would like to appeal, but I also also need a lawyer please Thank you.

Ditagi Greene

Ditagi GREENE #73544112
Federal Correctional Institution
P.O. Box 5000 Sheridan Oregon, 97378

PORTLAND OR 972
21 AUG 2020 PM 5 L

United States District Court
125 Market Street Room 337
Youngstown OH, 44503

Legal mail

44503-178799



8-20-2020

Legal Mail